# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0052.  IN THE INTEREST OF C. E. et al. (children).**

Upon consideration, applicant's emergency motion for an extension of time in which to file a discretionary application is DENIED. Applicant failed to submit the order from which the appeal is sought, pursuant to Court of Appeals Rule 31 (c). Furthermore, based on the order actually submitted, the application for discretionary appeal would be untimely under Court of Appeals Rule 31 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/23/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*